ANN A. NGUYEN (178712)
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California 95113
Telephone:     408-298-7120
Facsimile:     408-298-0477
Email: aan@robinsonwood.com

Attorneys for Plaintiff,
CUC DANG

JAMES McMANIS (40958)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     408-279-8700
Facsimile:     408-279-3244
Email:  skirsch@mcmanislaw.com
             mschechter@mcmanislaw.com

Attorneys for Defendant,
SUTTER'S PLACE, INC. dba BAY 101

WILLIAM A. SOKOL (072740)
BRUCE A. HARLAND (230477)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone:     510-337-1001
Facsimile:     510-337-1023
Email: bharland@unioncounsel.net

Attorneys for Defendant,
UNITE HERE! Local 19

*E-FILED - 8/26/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CUC DANG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUTTER'S PLACE, INC. dba BAY 101 or BAY 101 CASINO, UNITE HERE! LOCAL 19, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 10-CV-02181 (RMW)<br><br>**STIPULATION AND []<br>ORDER SELECTING ADR PROCESS**<br><br>Complaint Filed: May 20, 2010 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to private mediation. The parties are in the process of agreeing on and selecting a mediator. Due to the pending Motions to Dismiss and Motion to Strike set for

---

1  hearing on August 27, 2010, the parties agree to hold the ADR session by December 31, 2010.

2  In light of this Stipulation, the parties request that the August 24, 2010 court arranged
3  ADR phone conference be vacated.

4  Dated: August 12, 2010                                    ROBINSON & WOOD, INC.

6                                                            /s/
                                                             ANN A. NGUYEN
7                                                            Attorneys for Plaintiff,
                                                             CUC DANG

9  Dated: August 12, 2010                                    McMANIS FAULKNER

11                                                           /s/
                                                             MATTHEW SCHECHTER
12                                                           Attorneys for Defendant,
                                                             SUTTER'S PLACE, INC. dba BAY 101

14 Dated: August 12, 2010                                    WEINBERG, ROGER & ROSENFELD

16                                                           /s/
                                                             WILLIAM A. SOKOL
17                                                           BRUCE A. HARLAND
                                                             Attorneys for Defendant,
18                                                           UNITE HERE! Local 19

## ORDER

Pursuant to stipulation above, this matter is hereby referred to Mediation. The deadline for the ADR session is _12/31/10_____. The August 24, 2010 ADR Telephone Conference is hereby vacated.

DATED: _8/26__, 2010

_Ronald M. Whyte_
Judge Ronald M. Whyte