ANN A. NGUYEN [SBN. 178712]
  *aan@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:   (408) 298-7120
Facsimile:    (408) 298-0477

**Attorneys for Plaintiff, CUC DANG**

Bruce Harland [SBN 230477]
  *bharland@unioncounsel.net*
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone:   (510) 337-1001
Facsimile:    (510) 337-1023

**Attorneys for Defendant, UNITE HERE LOCAL 19**

***E-FILED - 9/22/10***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CUC DANG, | Case No. 10-CV-02181-RMW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT UNITE HERE! LOCAL 19** |
| SUTTER'S PLACE, INC., dba BAY 101 or BAY 101 CASINO, UNITE HERE LOCAL 19, and DOES 1 to 20, inclusive, | |
| Defendants. | Complaint Filed: May 20, 2010<br>Trial Date:      Jury Trial Demanded |

Pursuant to F.R.C.P. Section 41(a)(1)(A)(ii), Plaintiff Cuc Dang ("Dang") and Defendant Unite Here! Local 19 ("Local 19"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, in her First Amended Complaint ("FAC") filed on June 25, 2010, Dang alleged against Local 19 causes of action for breach of the duty of fair representation and for infliction of

1  emotional distress, which arose from Local 19's processing of Dang's grievance arising from her
2  October, 2009 suspension by her employer, Sutter's Place Inc., dba Bay 101 ("Bay 101");

3  WHEREAS, on September 2, 2010, the Court sustained Local 19's Motion to Dismiss the
4  FAC, finding preemption of the infliction of emotional distress claim and dismissing, with twenty
5  days leave to amend, the cause of action for breach of duty of fair representation;

6  WHEREAS, Dang agrees not to file a Second Amended Complaint against Local 19 in
7  exchange for Local 19's waiver of fees and costs;

8  WHEREAS, this Stipulation and Order of Dismissal does not include Local 19's processing of
9  Dang's grievance arising from her December, 2009 termination by Bay 101, which grievance was
10 arbitrated in August, 2010 and is currently pending;

11 NOW THEREFORE, IT IS HEREBY STIPULATED, by Dang and Local 19, by and through
12 their respective counsel, that the action as against Local 19 only (and not the action against Bay 101)
13 shall be dismissed with prejudice, with each party to bear its own costs and expenses, including
14 attorneys' fees.

16 Dated: September 15, 2010                ROBINSON & WOOD, INC.

19                                          By:   /s/
                                              ANN A. NGUYEN
20                                          Attorneys for Plaintiff, CUC DANG

22 Dated: _____                    WEINBERG, ROGER & ROSENFELD

25                                          By:   /s/
                                              BRUCE HARLAND
26                                          Attorneys for Defendant, UNITE HERE! LOCAL 19

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION SET FORTH ABOVE, IT IS HEREBY ORDERED THAT the action as against Local 19 is hereby dismissed with prejudice. Dang and Local 19, with respect to each other, shall bear their own costs and expenses, including attorneys' fees.

IT IS SO ORDERED.

DATED: September 22, 2010

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW