JAMES McMANIS (40958)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:     408-279-3244
Email:           skirsch@mcmanislaw.com
                    mschechter@mcmanislaw.com

*E-FILED - 3/3/11*

Attorneys for Defendant,
SUTTER'S PLACE, INC. dba BAY 101

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CUC DANG,<br><br>            Plaintiff,<br><br>vs.<br><br>SUTTER'S PLACE, INC. dba BAY 101 or BAY 101 CASINO, et. al.,<br><br>            Defendants. | Case No. 10-CV-02181 (RMW)<br><br>**STIPULATION AND []**<br>**ORDER TO FURTHER EXTEND ADR**<br>**DEADLINE**<br><br>Complaint Filed: May 20, 2010 |

Plaintiff, Cuc Dang ("Dang"), and defendant, Sutter's Place, Inc. dba Bay 101 ("Bay 101") (collectively "the parties"), by and through their respective attorneys of record, hereby stipulate to the following:

1. On August 12, 2010, the parties stipulated to submit this matter to mediation. On August 26, 2010, the Court issued an Order setting December 31, 2010 as the deadline to complete mediation.

///

///

1
STIPULATION AND [] ORDER TO FURTHER EXTEND ADR DEADLINE;
CASE NO. 10-CV-02181 (RMW)

1    2.    The parties scheduled a mediation with Judge William Martin of JAMS for
2 November 30, 2010.

3    3.    On July 21, 2010, Bay 101 filed a Motion to Dismiss Dang's First Amended
4 Complaint. A hearing on the motion was held on August 27, 2010, and Bay 101's motion was
5 granted in part on November 24, 2010.[1] Bay 101 filed its answer on December 8, 2010.

6    4.    On November 19, 2010, prior to the Court's Order on Bay 101's Motion to
7 Dismiss, the parties stipulated to extending the deadline to complete mediation from December
8 31, 2010 to April 29, 2011. The Court entered an Order approving the stipulation on December
9 22, 2010.

10    5.    The parties re-scheduled their mediation before Judge Martin from November 30,
11 2010 to April 18, 2011.

12    6.    After the parties had agreed on the April 18, 2011 date, Judge Martin informed
13 the parties that he had a scheduling conflict and needed to reschedule the mediation date.

14    7.    Based on the parties' and Judge Martin's available dates, the first new date that
15 works for all sides is June 8, 2011. The parties have calendared a mediation with Judge Martin
16 for June 8, 2011 beginning at 9:00 a.m.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

---

[1] Unite Here! Local 19 ("the Union") was also named as a defendant in the First Amended Complaint. After the Union's motion to dismiss was granted with leave to amend, Dang and the Union entered into a stipulation dismissing the Union with prejudice. The order granting the dismissal was signed by the Court on September 22, 2010.

8.  As the mediation in this matter will not occur until June, the deadline for the parties to complete mediation in this matter is to be continued from April 29, 2011 to June 30, 2011.

IT IS SO STIPULATED.

Dated: February 8, 2011                         McMANIS FAULKNER

                                                         /s/ Matthew Schechter
                                               MATTHEW SCHECHETR

Attorneys for Defendant
SUTTER'S PLACE, INC. dba BAY 101

Dated: February 8, 2011                         ROBINSON & WOOD, INC.

                                               /s/ Ann A. Nguyen
                                               ANN A. NGUYEN

Attorneys for Plaintiff,
CUC DANG

## **ORDER**

Pursuant to stipulation above, the deadline for the parties to complete mediation is continued from April 29, 2011 to June 30, 2011.

Dated: 3/2, 2011

*Ronald M. Whyte*
JUDGE RONALD M. WHYTE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3
STIPULATION AND [] ORDER TO FURTHER EXTEND ADR DEADLINE;
CASE NO. 10-CV-02181 (RMW)