1  ANN A. NGUYEN (SBN 178712)
   ROBINSON & WOOD, INC.
2  227 N. First Street
   San Jose, California 95113
3  Telephone:     408-298-7120
   Facsimile:      408-298-0477
4  Email:          aan@robinsonwood.com

5  Attorneys for Plaintiff DANG

6

                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
8

9  CUC DANG,                              Case No. 10-CV-02181 (RMW) (PSG)

10       Plaintiff,
                                          **AMENDED STIPULATION AND
11                                        [~~PROPOSED~~]
   vs.                                    ORDER FOR INDEPENDENT MENTAL
12                                        EXAMINATION OF PLAINTIFF**

13 SUTTER'S PLACE, INC. dba BAY 101 or    **[Fed. R. Civ. P. 35]**
   BAY 101 CASINO, et. al.,
14
        Defendants.
15                                        Complaint Filed: May 20, 2010

16

17

18        On December 12, 2011, the Court issued an Order based upon a December 9, 2011

19 Stipulation submitted by Plaintiff and Defendant for an independent mental examination of

20 Plaintiff to take place on January 24, 2012.  Plaintiff has just received notice that her appearance

21 at a Naturalization Oath Ceremony is required on January 24, 2012 to complete her

22 naturalization process to become a US citizen.  To permit Plaintiff to attend the Naturalization

23 Oath Ceremony, the parties have agreed to continue Plaintiff's IME for three (3) days.  In order

24 to avoid prejudice to Defendant for this brief continuance, the parties have also agreed to

25 continue the trial deadlines pertaining to expert discovery.

26        Accordingly, Plaintiff, Cuc Dang ("Dang"), and defendant, Sutter's Place, Inc. dba Bay

27 101 ("Bay 101") (collectively "the parties"), by and through their respective attorneys of record,

28
                                         717412  1
   AMENDED STIP AND [PROPOSED] ORDER FOR INDEPENDENT MENTAL EXAM OF PLAINTIFF;
    CASE NO. 10-CV-02181 (RMW) (PSG)

1    hereby submit this amended stipulation with respect to the time, place, manner, conditions,

2    examiner and scope of examination for an independent mental examination of Dang.  A separate

3    stipulation and proposed order will be submitted with respect to the continuance of trial

4    deadlines pertaining to expert discovery.

5         1.    Dang has placed her mental condition in controversy.  In her First Amended

6    Complaint ("FAC"), Dang alleges that as a result "of the harassment and unfair treatment she

7    suffered [at Bay 101], plaintiff became severely distressed and depressed[,] … was forced to

8    seek medical treatment for the severe stress and depression, and was placed on medical disability

9    for several weeks."  (FAC, ¶ 26).  Dang further alleges that "[a]s a direct, foreseeable, and

10   proximate result of Bay 101's discriminatory acts, [she] has suffered, and continues to suffer, …

11   humiliation, embarrassment, severe mental and emotional distress, and discomfort[.]"  (FAC, ¶¶

12   56, 63, 71, 77, 83, and 90).

13        2.    To date, Dang continues to receive treatment for the stress and depression she is

14   claiming in this litigation.

15        3.    Good cause exists for an independent mental exam ("IME").  Dang's FAC and

16   deposition testimony both allege that Dang has suffered, and continues to suffer, from emotional

17   distress as a result of the conduct at Bay 101 as alleged in her FAC.

18        4.    The IME will be conducted by Dr. Mark Lipian, M.D., Ph.D., on **Friday,**

19   **January 27, 2012**, at his office in San Francisco located at 50 California Street, Suite 1500, San

20   Francisco, California 94111, (415) 477-9330.  The IME will begin at 9:00 a.m. and will end no

21   later than 5:00 p.m., including meal and rest breaks.  However, if Dang is not present at the IME

22   by 9:00 a.m., then the IME will end eight (8) hours from its starting time, including meal and rest

23   breaks.  Dr. Lipian will audio record the IME.

24        5.    Also present at the IME will be a certified Vietnamese interpreter for Dang.  No

25   one else shall be allowed in the examination.

26        6.    Dr. Lipian practices psychiatry and forensic psychiatry in Los Angeles, San

27   Francisco and Newport Beach, California.  He serves as the Chief of Psychiatry, Forensic

28   Outpatient Services, for the Orange County Health Care Agency, and is the Medical Director of

717412  2

AMENDED STIP AND [PROPOSED] ORDER FOR INDEPENDENT MENTAL EXAM OF PLAINTIFF;
CASE NO. 10-CV-02181 (RMW) (PSG)

1   the Conditional Release Program of Orange County.  He has served as an Assistant Clinical

2   Professor in the Department of Psychiatry and Biobehavioral Sciences at UCLA since 1991

3   where he teaches clinical and forensic psychiatry to residents and postgraduate fellows in

4   Forensic Psychiatry.  Dr. Lipian is licensed to practice medicine in the State of California, and is

5   Board Certified in both Psychiatry and Forensic Psychiatry by the American Board of Psychiatry

6   and Neurology.

7           7.      The scope of Dr. Lipian's examination shall be limited as set forth in Paragraphs

8   7, 8 and 9 below.  Dr. Lipian will conduct a forensic psychiatric evaluation of Dang so as to

9   evaluate the nature and extent of Dang's mental and emotional distress if any, and the cause(s)

10  thereof, together with whether Dang's past experiences or psychological conditions provide an

11  explanation for Dang's perception of disputed fact allegations or an explanation for the mental

12  and emotional distress she claims to have suffered.  Dr. Lipian will conduct a standard forensic

13  psychiatric examination which consists of a one-day interview with Dang where he will ask

14  Dang general open-ended questions about her medical and mental history and the possible

15  sources of any alleged emotional trauma.

16          8.      Dr. Lipian's exam will include a review of Dang's medical and mental health

17  history.  Dr. Lipian must determine, for example, whether Dang suffered from prior traumas (in

18  the form of injuries, diseases, or life events) that may bear on her current mental state.  He must

19  determine whether Dang is taking, or has taken, any medications that might have produced

20  relevant side effects.  He must determine how Dang has coped with any significant stressors in

21  the past and whether and to what extent her current condition differs from past stressors; and he

22  must determine whether Dang suffers from a psychotic and/or personality disorder, its extent and

23  prognosis, that may bear upon Dang's mental state and capacity at the time of events at issue and

24  its possible impact upon those events, as well as upon her present mental state and capacity.  Dr.

25  Lipian must also determine the interrelationship, if any, between psychiatric condition and

26  physical complaints; and which, if either, preceded, caused, underlay, or resulted from the other

27  in this case.  From a psychiatric standpoint, all of these areas of inquiry relate to Dang's mental

28  condition.

717412 3

AMENDED STIP AND [PROPOSED] ORDER FOR INDEPENDENT MENTAL EXAM OF PLAINTIFF;
 CASE NO. 10-CV-02181 (RMW) (PSG)

1      9.      Dr. Lipian does not intend to administer any "paper and pencil" tests to Dang, but

2    reserves the right to do so if indicated by initial results of the examination.  He will not

3    administer any physically painful tests to Dang or perform any invasive procedures. He plans to

4    conduct an interview consisting of open-ended questions about the subjects listed above.  If

5    Dang inadvertently reveals any protected attorney-client communications during the course of

6    the examination, such disclosures will not be deemed as a waiver of the attorney-client privilege.

7      10.      Dang hereby designates the audio recording of the IME and Dr. Lipian's Rule

8    35(b) report as "Confidential" pursuant to the Stipulated Protective Order.  Bay 101 does not

9    waive its right to challenge the "Confidential" designation as permitted by Section 6 of the

10   Stipulated Protective Order.

11     11.      A copy of the audio recording shall be provided to Dang's counsel within fifteen

12   (15) days of the examination.  A copy of Dr. Lipian's Rule 35(b) report shall be provided to

13   Dang's counsel within five (5) days of its receipt by Bay 101's counsel.

14     12.      Dr. Lipian has been provided with the Protective Order for this litigation and has

15   signed the Acknowledgment and Agreement To Be Bound by said Protective Order.

16

17        IT IS SO STIPULATED.

18

19   [In accordance with General Order 45.X.B., Ann Nguyen, counsel for Plaintiff, attests that

20   Defendant's counsel, Matthew Schechter, has concurred in this filing.]

21

22   Dated: January 11, 2012                          McMANIS FAULKNER

23

24                                                    ___/s/_____
                                                     MATTHEW SCHECHTER
25                                                   Attorneys for Defendant
                                                     SUTTER'S PLACE, INC. dba BAY 101
26

27

28

717412 4
AMENDED STIP AND [PROPOSED] ORDER FOR INDEPENDENT MENTAL EXAM OF PLAINTIFF;
 CASE NO. 10-CV-02181 (RMW) (PSG)

1  Dated: January 11, 2012                    ROBINSON & WOOD, INC.

2

3                                                  /s/
                                               ANN A. NGUYEN
4                                              Attorneys for Plaintiff,
                                               CUC DANG
5

6                                  **ORDER**

7        Good cause appearing therefor, an independent mental exam of Cuc Dang may be

8   conducted by Dr. Mark Lipian, with the assistance of a certified Vietnamese interpreter, on

9   Friday, January 27, 2012, from 9:00 a.m. to 5:00 p.m. at 50 California Street, Suite 1500, San

10  Francisco, California 94111, according to the manner, conditions and scope of examination as set

11  forth in the above stipulation.

12

13
    Dated: ____1/20/2012_____          _Parl S. Aerol_____
14                                             UNITED STATES DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     717412 5
AMENDED STIP AND [PROPOSED] ORDER FOR INDEPENDENT MENTAL EXAM OF PLAINTIFF;
 CASE NO. 10-CV-02181 (RMW) (PSG)