1  ANN A. NGUYEN (SBN 178712)
   ROBINSON & WOOD, INC.
2  227 N. First Street
   San Jose, California 95113
3  Telephone: 408-298-7120
   Facsimile: 408-298-0477
4  Email: aan@robinsonwood.com

5  Attorneys for Plaintiff DANG

6

            UNITED STATES DISTRICT COURT
7           NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE DIVISION
8

9  | CUC DANG, | Case No. 10-CV-02181 (RMW) (PSG) |
   |---|---|
10 | Plaintiff, | **STIPULATION AND** |
11 | vs. | **[]** |
   | | **ORDER TO CONTINUE TRIAL** |
12 | | **DEADLINES RE EXPERT DISCOVERY** |
13 | SUTTER'S PLACE, INC. dba BAY 101 or BAY 101 CASINO, et. al., | **[Fed. R. Civ. P. 35]** |
14 | Defendants. | |
15 | | Complaint Filed: May 20, 2010 |

16

17

18      On December 12, 2011, the Court issued an Order based upon a December 9, 2011

19 Stipulation submitted by Plaintiff and Defendant for an independent mental examination of

20 Plaintiff to take place on January 24, 2012. Plaintiff has just received notice that her appearance

21 at a Naturalization Oath Ceremony is required on January 24, 2012 to complete her

22 naturalization process to become a US citizen. To permit Plaintiff to attend the Naturalization

23 Oath Ceremony, the parties have agreed to continue Plaintiff's IME for three (3) days. In order

24 to avoid prejudice to Defendant for this brief continuance, the parties have also agreed to

25 continue the trial deadlines pertaining to expert discovery.

26      Accordingly, Plaintiff, Cuc Dang ("Dang"), and defendant, Sutter's Place, Inc. dba Bay

27 101 ("Bay 101") (collectively "the parties"), by and through their respective attorneys of record,

28

hereby submit this stipulation and request that the Court allow them a brief continuance of the trial deadlines pertaining to expert discovery, as follows:

| EVENT | FORMER DEADLINE | NEW DEADLINE |
|---|---|---|
| Last day to disclose experts | Fri. Mar. 16, 2012 | Fri. Mar. 23, 2012 |
| Last day to identify rebuttal/opposition experts and serve rebuttal/opposition reports | Fri. Apr. 13, 2012 | Fri. Apr. 20, 2012 |
| Close of expert discovery | Tue. May 1, 2012 | Tue. May 8, 2012 |
| Last day to file motions on expert discovery | Mon. May 21, 2012 | Fri. May 25, 2012 |

IT IS SO STIPULATED.

[In accordance with General Order 45.X.B., Ann Nguyen, counsel for Plaintiff, attests that Defendant's counsel, Matthew Schechter, has concurred in this filing.]

Dated: January 11, 2012     McMANIS FAULKNER

                                                  /s/
                                       MATTHEW SCHECHTER
Attorneys for Defendant
SUTTER'S PLACE, INC. dba BAY 101

Dated: January 11, 2012     ROBINSON & WOOD, INC.

                                                 /s/
ANN A. NGUYEN
Attorneys for Plaintiff,
CUC DANG

1 **ORDER**

2 Good cause appearing therefor, the expert discovery trial deadlines shall be continued as
3 set forth in the above stipulation.

4
5 Dated: HEOEFG

*Ronald M. Whyte*

6 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA