1   ANN A. NGUYEN (SBN 178712)
    ROBINSON & WOOD, INC.

2   227 N. First Street
    San Jose, California 95113

3   Telephone:    408-298-7120
    Facsimile:    408-298-0477

4   Email:    aan@robinsonwood.com

5   Attorneys for Plaintiff DANG

6

7               UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA

8                   SAN JOSE DIVISION

| | |
|---|---|
| 9  CUC DANG, | Case No. 10-CV-02181 (RMW) (PSG) |
| 10      Plaintiff, | **STIPULATION AND** |
| 11  vs. | **[]**<br>**ORDER TO CONTINUE TRIAL** |
| 12 | **DEADLINES RE EXPERT DISCOVERY** |
| 13  SUTTER'S PLACE, INC. dba BAY 101 or<br>    BAY 101 CASINO, et. al., | **[Fed. R. Civ. P. 35]** |
| 14      Defendants. | |
| 15 | Complaint Filed: May 20, 2010 |
| 16 | |

17

18       On December 12, 2011, the Court issued an Order based upon a December 9, 2011

19  Stipulation submitted by Plaintiff and Defendant for an independent mental examination of

20  Plaintiff to take place on January 24, 2012.  Plaintiff has just received notice that her appearance

21  at a Naturalization Oath Ceremony is required on January 24, 2012 to complete her

22  naturalization process to become a US citizen.  To permit Plaintiff to attend the Naturalization

23  Oath Ceremony, the parties have agreed to continue Plaintiff's IME for three (3) days.  In order

24  to avoid prejudice to Defendant for this brief continuance, the parties have also agreed to

25  continue the trial deadlines pertaining to expert discovery.

26       Accordingly, Plaintiff, Cuc Dang ("Dang"), and defendant, Sutter's Place, Inc. dba Bay

27  101 ("Bay 101") (collectively "the parties"), by and through their respective attorneys of record,

28

hereby submit this stipulation and request that the Court allow them a brief continuance of the

trial deadlines pertaining to expert discovery, as follows:

| EVENT | FORMER DEADLINE | NEW DEADLINE |
|---|---|---|
| Last day to disclose experts | Fri. Mar. 16, 2012 | Fri. Mar. 23, 2012 |
| Last day to identify rebuttal/opposition experts and serve rebuttal/opposition reports | Fri. Apr. 13, 2012 | Fri. Apr. 20, 2012 |
| Close of expert discovery | Tue. May 1, 2012 | Tue. May 8, 2012 |
| Last day to file motions on expert discovery | Mon. May 21, 2012 | Fri. May 25, 2012 |

IT IS SO STIPULATED.

[In accordance with General Order 45.X.B., Ann Nguyen, counsel for Plaintiff, attests that

Defendant's counsel, Matthew Schechter, has concurred in this filing.]

Dated: January 11, 2012                    McMANIS FAULKNER


                                           /s/
                                           MATTHEW SCHECHTER
                                           Attorneys for Defendant
                                           SUTTER'S PLACE, INC. dba BAY 101


Dated: January 11, 2012                    ROBINSON & WOOD, INC.


                                           /s/
                                           ANN A. NGUYEN
                                           Attorneys for Plaintiff,
                                           CUC DANG

STIPULATION AND [] ORDER TO CONTINUE TRIAL DEADLINES RE EXPERT DISCOVERY;
CASE NO. 10-CV-02181 (RMW) (PSG)

1

## ORDER

2          Good cause appearing therefor, the expert discovery trial deadlines shall be continued as

3     set forth in the above stipulation.

4

5     Dated: _____          _____

6                                              UNITED STATES DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER TO CONTINUE TRIAL DEADLINES RE EXPERT DISCOVERY;
CASE NO. 10-CV-02181 (RMW) (PSG)