1 | JAMES McMANIS (40958)
2 | SHARON KIRSCH (157157)
  | MATTHEW SCHECHTER (212003)
3 | McMANIS FAULKNER
  | A Professional Corporation
4 | 50 West San Fernando Street, 10th Floor
  | San Jose, California 95113
5 | Telephone: 408-279-8700
  | Facsimile: 408-279-3244
6 | Email: skirsch@mcmanislaw.com
  | mschechter@mcmanislaw.com

7 | Attorneys for Defendant,
  | SUTTER'S PLACE, INC. dba BAY 101

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CUC DANG,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER'S PLACE, INC. dba BAY 101 or BAY 101 CASINO, UNITE HERE! LOCAL 19, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 10-CV-02181 (RMW) (PSG)<br><br>**[] ORDER GRANTING SUTTER'S PLACE, INC. DBA BAY 101'S ADMINISTRATIVE MOTION FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS MOTION FOR SUMMARY ADJUDICATION AS TO THE FIRST, SECOND, AND THIRD CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: July 6, 2012<br>Time: 9:00 a.m.<br>Ctrm.: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte<br><br>Complaint Filed: May 20, 2010<br>Trial Date: September 10, 2012 |

Defendant, Sutter's Place, Inc. dba Bay 101 ("Bay 101"), pursuant to Northern District Civil Local Rules 7-11 and 79-5, has filed an administrative motion to file portions of documents under seal, as follows:

///

1.  Exhibit F to the Declaration of Jennifer Gilbert in Support of Bay 101's Motion for Summary Adjudication as to the First, Second, and Third Causes of Action in Plaintiff's First Amended Complaint ("Gilbert Decl.") in its entirety.

2.  Exhibit G to the Gilbert Declaration in its entirety.

The Court having given full consideration and having concluded that good cause exists for the request,

IT IS HEREBY ORDERED that Bay 101 Administrative Motion to File Portions of Documents Under Seal in Support of Bay 101's Motion for Summary Adjudication as to the First, Second, and Third Causes of Action in Plaintiff's First Amended Complaint is GRANTED and the above documents are to be filed under seal.

Dated: \_\_\_\_\_Lwpg"3;_____, 2012

_Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA