JAMES McMANIS (40958)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  408-279-8700
Facsimile:  408-279-3244
Email:  skirsch@mcmanislaw.com
        mschechter@mcmanislaw.com

Attorneys for Defendant,
SUTTER'S PLACE, INC. dba BAY 101

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CUC DANG,<br><br>  Plaintiff,<br><br>vs.<br><br>SUTTER'S PLACE, INC. dba BAY 101 or BAY 101 CASINO, et. al.,<br><br>  Defendants. | Case No. 10-CV-02181 (RMW)<br><br>**STIPULATION AND [] ORDER TO CONTINUE THE DEADLINE TO FILE THE JOINT PRETRIAL CONFERENCE STATEMENT**<br><br><br>Complaint Filed: May 20, 2010<br>Trial Date: September 10, 2012 |

Plaintiff, Cuc Dang ("Dang"), and defendant, Sutter's Place, Inc. dba Bay 101 ("Bay 101") (collectively "the parties"), by and through their respective attorneys of record, hereby stipulate to the following:

1. On April 6, 2011, in the Order After Case Management Conference re Discovery and Case Schedule (Document No. 55), this Court set the last day to file the joint pretrial conference statement as August 1, 2012 and scheduled the pre-trial conference for August 16, 2012 at 2:00 p.m.

///

2. On July 13, 2012, at the conclusion of the hearing on Bay 101's Motion for Summary Adjudication, it was brought to the Court's attention that his calendar indicated that he was not going to be available the week of August 13th. As a result, the Court continued the pre-trial conference to Thursday, August 23, 2012.

3. The Court's Standing Order re: Pretrial Preparation, filed on February 24, 2003, states that the joint pretrial conference statement is due ten (10) court days before the pretrial conference. Thus, given the continuance of the pretrial conference from August 16, to August 23, the parties stipulate that the deadline to file joint pretrial conference statement should be continued from August 1, 2012 to August 9, 2012.

4. The Court's Standing Order re: Pretrial Preparation also states that any trial briefs, motions *in limine*, deposition and discovery responses, proposed voir dire questions, jury instructions, and verdict forms are due ten (10) court days before the pretrial conference, while oppositions to motions in limine, objections to deposition excerpts and discovery responses, counter-designations objections to voir dire and verdict forms are due five (5) court days before the pretrial conference. The parties stipulate that above-listed pretrial filings are to be based on the new August 23, 2012 pretrial conference date, making any trial briefs, motions *in limine*, deposition and discovery responses, proposed voir dire questions, jury instructions, and verdict forms due on August 9, 2012 and oppositions to motions in limine, objections to deposition excerpts and discovery responses, counter-designations objections to voir dire and verdict forms due on August 16, 2012.

///
///
///
///
///
///
///
///

1    IT IS SO STIPULATED.

2

3   Dated: July 13, 2012                    McMANIS FAULKNER

4

5                                            /s/ Matthew Schechter
                                            MATTHEW SCHECHETR
6
                                            Attorneys for Defendant
7                                           SUTTER'S PLACE, INC. dba BAY 101

8

9   Dated: July 13, 2012                    ROBINSON & WOOD, INC.

10

11                                           /s/ Ann A. Nguyen
                                            ANN A. NGUYEN
12
                                            Attorneys for Plaintiff,
13                                          CUC DANG

14

15

16                                  **ORDER**

17       Pursuant to stipulation above, the deadline for the parties to file the joint pretrial

18  conference statement is continued from August 1, 2012 to August 9, 2012.  All other pretrial

19  deadlines will be based on the date of the pretrial conference which is now scheduled for

20  Thursday, August 23, 2012.

21

22

23  Dated: ___Ï ED€_____, 2012      _____
                                            JUDGE RONALD M. WHYTE
24                                          UNITED STATES DISTRICT COURT
25                                          NORTHERN DISTRICT OF CALIFORNIA

26

27

28

                                            3
    STIPULATION AND [] ORDER TO CONTINUE THE DEADLINE TO FILE THE JOINT PRE-
    TRIAL CONFERENCE STATEMENT;  CASE NO. 10-CV-02181 (RMW) (PSG)