1  JAMES McMANIS (40958)
   SHARON KIRSCH (157157)
2  MATTHEW SCHECHTER (212003)
   McMANIS FAULKNER
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:   408-279-8700
5  Facsimile:   408-279-3244
   Email:       skirsch@mcmanislaw.com
6               mschechter@mcmanislaw.com

7  Attorneys for Defendant,
   SUTTER'S PLACE, INC. dba BAY 101
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
10

11 | CUC DANG, | Case No. 10-CV-02181 (RMW) |
   | Plaintiff, | **STIPULATION AND [] ORDER TO CONTINUE THE DEADLINE TO FILE THE JOINT PRETRIAL CONFERENCE STATEMENT** |
   | vs. | |
   | SUTTER'S PLACE, INC. dba BAY 101 or BAY 101 CASINO, et. al., | |
   | Defendants. | Complaint Filed: May 20, 2010<br>Trial Date: September 10, 2012 |

        Plaintiff, Cuc Dang ("Dang"), and defendant, Sutter's Place, Inc. dba Bay 101 ("Bay 101") (collectively "the parties"), by and through their respective attorneys of record, hereby stipulate to the following:

        1.   On April 6, 2011, in the Order After Case Management Conference re Discovery and Case Schedule (Document No. 55), this Court set the last day to file the joint pretrial conference statement as August 1, 2012 and scheduled the pre-trial conference for August 16, 2012 at 2:00 p.m.

   ///

                                              1
    STIPULATION AND [] ORDER TO CONTINUE THE DEADLINE TO FILE THE JOINT PRE-
    TRIAL CONFERENCE STATEMENT;  CASE NO. 10-CV-02181 (RMW) (PSG)

1    2.      On July 13, 2012, at the conclusion of the hearing on Bay 101's Motion for
2  Summary Adjudication, it was brought to the Court's attention that his calendar indicated that he
3  was not going to be available the week of August 13th. As a result, the Court continued the pre-
4  trial conference to Thursday, August 23, 2012.

5    3.      The Court's Standing Order re: Pretrial Preparation, filed on February 24, 2003,
6  states that the joint pretrial conference statement is due ten (10) court days before the pretrial
7  conference. Thus, given the continuance of the pretrial conference from August 16, to August
8  23, the parties stipulate that the deadline to file joint pretrial conference statement should be
9  continued from August 1, 2012 to August 9, 2012.

10    4.      The Court's Standing Order re: Pretrial Preparation also states that any trial briefs,
11  motions *in limine*, deposition and discovery responses, proposed voir dire questions, jury
12  instructions, and verdict forms are due ten (10) court days before the pretrial conference, while
13  oppositions to motions in limine, objections to deposition excerpts and discovery responses,
14  counter-designations objections to voir dire and verdict forms are due five (5) court days before
15  the pretrial conference. The parties stipulate that above-listed pretrial filings are to be based on
16  the new August 23, 2012 pretrial conference date, making any trial briefs, motions *in limine*,
17  deposition and discovery responses, proposed voir dire questions, jury instructions, and verdict
18  forms due on August 9, 2012 and oppositions to motions in limine, objections to deposition
19  excerpts and discovery responses, counter-designations objections to voir dire and verdict forms
20  due on August 16, 2012.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

IT IS SO STIPULATED.

Dated: July 13, 2012                                McMANIS FAULKNER

                                                    /s/ Matthew Schechter
                                                    MATTHEW SCHECHETR

                                                    Attorneys for Defendant
                                                    SUTTER'S PLACE, INC. dba BAY 101

Dated: July 13, 2012                                ROBINSON & WOOD, INC.

                                                    /s/ Ann A. Nguyen
                                                    ANN A. NGUYEN

                                                    Attorneys for Plaintiff,
                                                    CUC DANG

**ORDER**

Pursuant to stipulation above, the deadline for the parties to file the joint pretrial conference statement is continued from August 1, 2012 to August 9, 2012. All other pretrial deadlines will be based on the date of the pretrial conference which is now scheduled for Thursday, August 23, 2012.

Dated: ____Ï ĐŒ€_____, 2012                      /s/ Ronald M. Whyte
                                                    JUDGE RONALD M. WHYTE
                                                    UNITED STATES DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA

---

3
STIPULATION AND [] ORDER TO CONTINUE THE DEADLINE TO FILE THE JOINT PRE-TRIAL CONFERENCE STATEMENT; CASE NO. 10-CV-02181 (RMW) (PSG)