IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUC DANG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUTTER'S PLACE, INC., dba BAY 101 or BAY 101 CASINO, UNITE HERE! LOCAL 19, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No.  C-10-02181-RMW (PSG)<br><br>NOTICE OF TIME CHANGE FOR PRETRIAL CONFERENCE AND MOTIONS IN LIMINE<br><br>DATE: August 23, 2012<br><br>**NEW TIME: 10:00 A.M.** |

　　　PLEASE TAKE NOTICE that, on the court's own motion, the PRETRIAL CONFERENCE AND MOTIONS IN LIMINE, noticed for August 23, 2012 at 2:00 p.m., has been moved to the time set forth above.  The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

　　　DATED:　　　August 16, 2012

_____
HONORABLE RONALD M. WHYTE
United States District Judge

1  Copy of notice e-filed to counsel of record: