1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CUC DANG, | Case No.  C-10-02181-RMW (PSG) |
| Plaintiff, | NOTICE OF TIME CHANGE FOR PRETRIAL CONFERENCE AND MOTIONS IN LIMINE |
| vs. | |
| SUTTER'S PLACE, INC., dba BAY 101 or BAY 101 CASINO, UNITE HERE! LOCAL 19, and DOES 1 through 20, inclusive, | DATE: August 23, 2012 |
| | **NEW TIME: 10:00 A.M.** |
| Defendant. | |

17

18       PLEASE TAKE NOTICE that, on the court's own motion, the PRETRIAL CONFERENCE

AND MOTIONS IN LIMINE, noticed for August 23, 2012 at 2:00 p.m., has been moved to the time

19
set forth above.  The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6,

20
4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

21
        DATED:        August 16, 2012

22

23       _____

          HONORABLE RONALD M. WHYTE
24        United States District Judge

25

26

27

28

1  Copy of notice e-filed to counsel of record:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28