JAMES McMANIS (40958)
SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:        skirsch@mcmanislaw.com
              mschechter@mcmanislaw.com

Attorneys for Defendant,
SUTTER'S PLACE, INC. dba BAY 101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CUC DANG,<br><br>        Plaintiff,<br><br>vs.<br><br>SUTTER'S PLACE, INC. dba BAY 101 or BAY 101 CASINO, UNITE HERE! LOCAL 19, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 10-CV-02181 (RMW)<br><br>**[] ORDER GRANTING SUTTER'S PLACE, INC. dba BAY 101'S ADMINISTRATIVE MOTION FOR AN ORDER SHORTENING TIME ON BAY 101'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Complaint Filed: May 20, 2010<br>Trial Date: September 10, 2012 |

Defendant, Sutter's Place, Inc. dba Bay 101's ("Bay 101"), filed an Administrative Motion for an Order Shortening Time as to the briefing schedule and hearing date on its Motion to Dismiss for Lack of Subject Matter Jurisdiction.  After consideration of the papers filed by the parties and the files herein, and good cause appearing therefore,

   1.    Bay 101's Motion for an Order Shortening Time as to the briefing schedule and hearing date on its Motion to Dismiss for Lack of Subject Matter Jurisdiction is GRANTED.

   2.    Plaintiff's Opposition to the Motion to Dismiss for Lack of Subject Matter Jurisdiction is due on Wednesday, August 22, 2012 **at noon**.

3. The hearing on Bay 101's Motion to Dismiss for Lack of Subject Matter Jurisdiction will take place during the pretrial conference in this matter, currently scheduled for Thursday, August 23, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 16, 2012

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

2
[] ORDER GRANTING ADMIN. MTN TO SHORTEN TIME ON BAY 101'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION; CASE NO. 10-CV-02181 (RMW) (PSG)