1   JAMES McMANIS (40958)
    SHARON KIRSCH (157157)
2   MATTHEW SCHECHTER (212003)
    McMANIS FAULKNER
3   A Professional Corporation
    50 West San Fernando Street, 10th Floor
4   San Jose, California 95113
    Telephone:     408-279-8700
5   Facsimile:     408-279-3244
    Email:         skirsch@mcmanislaw.com
6                  mschechter@mcmanislaw.com

7   Attorneys for Defendant,
    SUTTER'S PLACE, INC. dba BAY 101

8

                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
10

11  CUC DANG,                          | Case No. 10-CV-02181 (RMW)

12        Plaintiff,                    | **[] ORDER GRANTING SUTTER'S
                                        | PLACE, INC. dba BAY 101'S
13  vs.                                 | ADMINISTRATIVE MOTION FOR AN
                                        | ORDER SHORTENING TIME ON BAY
14  SUTTER'S PLACE, INC. dba BAY 101 or | 101'S MOTION TO DISMISS FOR
    BAY 101 CASINO, UNITE HERE! LOCAL   | LACK OF SUBJECT MATTER
15  19, and DOES 1 through 20, inclusive, | JURISDICTION**

16        Defendants.

17                                      | Complaint Filed: May 20, 2010
                                        | Trial Date: September 10, 2012
18

19

20

21        Defendant, Sutter's Place, Inc. dba Bay 101's ("Bay 101"), filed an Administrative

22  Motion for an Order Shortening Time as to the briefing schedule and hearing date on its Motion

23  to Dismiss for Lack of Subject Matter Jurisdiction.  After consideration of the papers filed by the

24  parties and the files herein, and good cause appearing therefore,

25        1.      Bay 101's Motion for an Order Shortening Time as to the briefing schedule and

26  hearing date on its Motion to Dismiss for Lack of Subject Matter Jurisdiction is GRANTED.

27        2.      Plaintiff's Opposition to the Motion to Dismiss for Lack of Subject Matter

28  Jurisdiction is due on Wednesday, August 22, 2012 **at noon**.

                                        1
    [] ORDER GRANTING ADMIN. MTN TO SHORTEN TIME ON BAY 101'S MOTION TO DISMISS FOR
    LACK OF SUBJECT MATTER JURISDICTION; CASE NO. 10-CV-02181 (RMW) (PSG)

1    3.    The hearing on Bay 101's Motion to Dismiss for Lack of Subject Matter

2 Jurisdiction will take place during the pretrial conference in this matter, currently scheduled for

3 Thursday, August 23, 2012 at 10:00 a.m.

4

5    IT IS SO ORDERED.

6

7

8

Dated: August 16, 2012

9    RONALD M. WHYTE
    UNITED STATES DISTRICT JUDGE
10    NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2
[] ORDER GRANTING ADMIN. MTN TO SHORTEN TIME ON BAY 101'S MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION; CASE NO. 10-CV-02181 (RMW) (PSG)