| | |
|---|---|
| 1 | JAMES McMANIS (40958) |
| | SHARON KIRSCH (157157) |
| 2 | MATTHEW SCHECHTER (212003) |
| | McMANIS FAULKNER |
| 3 | A Professional Corporation |
| | 50 West San Fernando Street, 10th Floor |
| 4 | San Jose, California 95113 |
| | Telephone:   408-279-8700 |
| 5 | Facsimile:   408-279-3244 |
| | Email:   skirsch@mcmanislaw.com |
| 6 |          mschechter@mcmanislaw.com |

7  Attorneys for Defendant,
   SUTTER'S PLACE, INC. dba BAY 101
8

                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
10

| | | |
|---|---|---|
| 11 | CUC DANG, | Case No. 10-CV-02181 (RMW) |
| 12 |    Plaintiff, | **STIPULATION AND []** |
| 13 | vs. | **ORDER TO SET A NEW TRIAL DATE** |
| 14 | | |
| 15 | SUTTER'S PLACE, INC. dba BAY 101 or BAY 101 CASINO, et. al., | Complaint Filed: May 20, 2010 |
| 16 | | Original Trial Date: September 10, 2012 |
| 17 |    Defendants. | |

20    Plaintiff, Cuc Dang ("Dang"), and defendant, Sutter's Place, Inc. dba Bay 101 ("Bay

21  101") (collectively "the parties"), by and through their respective attorneys of record, hereby

22  stipulate to the following:

23    1.  Trial in the above-captioned matter was scheduled to begin on Monday,

24  September 10, 2012 at 1:30 p.m. before The Honorable Ronald M. Whyte in Courtroom 6.

25    2.  On Wednesday, September 5, 2012, the parties received an email from Jackie

26  Lynn Garcia, Judge Whyte's clerk, advising the parties that the Court would be unable to begin

27  trial on September 10th and asking if the parties could continue the trial date by one week.

28  ///

3. Bay 101 advised the Court that it was unable to continue the September 10th start date.

4. In response to Bay 101's email, the Court asked the parties to pick new dates for trial.

5. After meeting and conferring on possible dates, and taking into account counsels' respective calendars and availability, the parties have agreed on a new date of Monday, April 29, 2013.

6. The parties also jointly request that the Court issue its written Order on the pending Motions in Limine so that they can prepare for trial.

IT IS SO STIPULATED.

[In accordance with General Order 45.X.B., Matthew Schechter, counsel for defendant, attests that plaintiff's counsel, Ann Nguyen, has concurred in this filing.]

Dated: September 24, 2012                     McMANIS FAULKNER

   /s/ Matthew Schechter
MATTHEW SCHECHETR

Attorneys for Defendant
SUTTER'S PLACE, INC. dba BAY 101

Dated: September 24, 2012                     ROBINSON & WOOD, INC.

   /s/ Ann A. Nguyen
ANN A. NGUYEN

Attorneys for Plaintiff,
CUC DANG

2
STIPULATION AND [] ORDER TO SET A NEW TRIAL DATE;
CASE NO. 10-CV-02181 (RMW) (PSG)

1 **<u>ORDER</u>**

2 Pursuant to the stipulation above, trial in the matter of *Cuc Dang v. Sutter's Place, Inc.*

3 *dba Bay 101*, United States District Court Case No. 10-CV-02181 (RMW) (PSG), is now set for

4 Monday, April 29, 2013, at 1:30 p.m. before The Honorable Ronald M. Whyte in Courtroom 6.

7 Dated: _____, 2012

/s/ Ronald M. Whyte
JUDGE RONALD M. WHYTE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
STIPULATION AND [] ORDER TO SET A NEW TRIAL DATE;
CASE NO. 10-CV-02181 (RMW) (PSG)