1  JAMES MCMANIS (40958)
   SHARON KIRSCH (157157)
2  MATTHEW SCHECHTER (212003)
   McMANIS FAULKNER
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:    408-279-8700
5  Facsimile:    408-279-3244
   Email:        skirsch@mcmanislaw.com
6
   Attorneys for Defendant,
7  SUTTER'S PLACE, INC. dba BAY 101

8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

11 | CUC DANG,                              | Case No. 10-CV-02181 (RMW) (PSG)
12 |         Plaintiff,                     | **STIPULATION AND []**
13 | vs.                                    | **ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT FOR TRIAL**
14 | SUTTER'S PLACE, INC. dba BAY 101 or    |
15 | BAY 101 CASINO, UNITE HERE! LOCAL 19, and DOES 1 through 20, inclusive, | Trial Date:  April 29, 2013
   |                                        | Time:        1:30 p.m.
16 |         Defendants.                    | Courtroom:   6, 4th Floor
   |                                        | Judge:       The Hon. Ronald M. Whyte
17

18

19       Plaintiff, Cuc Dang ("Dang"), and defendant, Sutter's Place, Inc. dba Bay 101 ("Bay 101")

20 (collectively "the parties"), by and through their respective attorneys of record, hereby stipulate to

21 the following with respect to the use of equipment in the courtroom during trial:

22       WHEREAS, the trial in the above-captioned matter is scheduled to commence April 29,

23 2013;

24       WHEREAS, the parties have met and conferred regarding the necessary equipment for

25 use in the courtroom during trial;

26       WHEREAS, the parties have agreed to coordinate their use of equipment when

27 practicable.  The parties jointly request an order allowing the parties to bring into the courthouse

28 on or after April 29, 2013, the equipment identified below and for use of that equipment in

1

STIPULATION AND ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT FOR TRIAL;
CASE NO.: 10-CV-02181 (RMW) (PSG)

the courtroom during trial.

1. 4' X 8' portable screen;
2. Toshiba TLP-721 LCD Projector with integrated Document Camera (Silver Toshiba rolling case) and related power cord;
3. HP, Dell and Lenovo laptop computers and related power cords;
4. Altec Lansing, VS1520 speakers measuring 4.25" x 8.5" x 3.5", and other generic computer speakers;
5. VGA cables;
6. Extension cables and power strips;
7. Two tables;
8. Hand truck/dollies.

IT IS SO STIPULATED.

[In accordance with General Order 45.X.B., Matthew Schechter, counsel for defendant, attests that plaintiff's counsel, Ann Nguyen, has concurred in this filing.]


Dated: August 30, 2012					McMANIS FAULKNER


							 /s/  Matthew Schechter
							MATTHEW SCHECHTER

							Attorneys for Defendant
							SUTTER'S PLACE, INC. dba BAY 101


Dated: August 30, 2012					ROBINSON & WOOD, INC.


							 /s/  Ann A. Nguyen
							ANN A. NGUYEN

							Attorneys for Plaintiff,
							CUC DANG

## ORDER

Having considered the parties' stipulation and for good cause shown, it is ORDERED that the parties' joint equipment request is granted.

Dated: March 7, 2013

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA