UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CUC DANG, | |
| PLAINTIFF, | CASE NO. CV-10-02181-RMW |
| VS. | SAN JOSE, CALIFORNIA |
| SUTTER'S PLACE, INC., DBA BAY 101 OR BAY 101 CASINO, UNITE HERE! LOCAL 19, AND DOES 1 THROUGH 20, INCLUSIVE, | MAY 8, 2013<br>VOLUME 6<br>PAGES 680 - 685 |
| DEFENDANTS. | |

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE AND A JURY

A-P-P-E-A-R-A-N-C-E-S

FOR THE PLAINTIFF:   ROBINSON & WOOD, INC.
                     BY:  ANN A.P. NGUYEN
                     227 NORTH FIRST STREET
                     SAN JOSE, CALIFORNIA 95113

ALSO PRESENT:        ANDRE THOMAS

FOR THE DEFENDANTS:  MCMANIS FAULKNER
                     BY:  JAMES MCMANIS
                          JENNIFER MURAKAMI
                     FAIRMONT PLAZA
                     10TH FLOOR
                     50 W. SAN FERNANDO STREET
                     SAN JOSE, CALIFORNIA 95113

ALSO PRESENT:        CINDY MCCLELEN

OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, CRR
                           CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                                     MAY 8, 2013 |
| 2 | P R O C E E D I N G S |
| 3 | |
| 4 | (JURY OUT AT 8:47 A.M.) |
| 5 | THE COURT: GOOD MORNING. WE HAVE A JUROR THAT |
| 6 | CALLED IN AND LEFT A MESSAGE THAT SHE WAS SICK AND SHE WASN'T |
| 7 | COMING IN TODAY. WE HAVE CALLED BACK AND HAVE NOT BEEN ABLE TO |
| 8 | REACH HER. |
| 9 | SO THE QUESTION IS WHETHER WE KNOCK OFF TODAY AND HOPE |
| 10 | THAT SHE'S AVAILABLE TOMORROW OR WE GO WITH SEVEN JURORS. |
| 11 | MR. MCMANIS: MAY I INQUIRE WHO IS THE JUROR THAT |
| 12 | CALLED IN ILL? |
| 13 | THE COURT: MS. -- |
| 14 | THE CLERK: MS. GARCIA, MICHELLE GARCIA. THE RED |
| 15 | HEAD IN THE FRONT ROW. |
| 16 | MR. MCMANIS: I KNOW WHO SHE IS, THANK YOU. YOUR |
| 17 | SISTER-IN-LAW. |
| 18 | MAYBE I COULD ASK THROUGH THE COURT OF COUNSEL WHEN SHE |
| 19 | EXPECTS TO FINISH HER CASE? |
| 20 | MS. NGUYEN: WELL, IF WE GET TO GO TODAY, YOUR |
| 21 | HONOR, WE EXPECT TO FINISH TOMORROW EXCEPT FOR THE MANAGEMENT |
| 22 | EXPERT WHO HAS TO BE FIT IN NEXT MONDAY, BUT I WOULD LIKE TO |
| 23 | CONFER WITH MY CLIENT AND ALSO MY WITNESS OUTSIDE WITH RESPECT |
| 24 | TO TODAY'S SCHEDULE BECAUSE -- |
| 25 | THE COURT: YOU CAN DO THAT. I DO WANT TO MAKE A |

```
1    DECISION FAIRLY QUICKLY BECAUSE I DON'T WANT TO KEEP THE JURY
2    HERE WAITING TO GO HOME OR WAITING TO HEAR TESTIMONY.
3            MR. MCMANIS:  I'LL TALK TO MY FOLKS, TOO.
4            THE COURT:  ALL RIGHT.
5            MS. NGUYEN:  BUT YOU'RE WILLING TO GO FORWARD IF WE
6    ARE WILLING?
7            THE COURT:  OH, YEAH.
8            MS. NGUYEN:  THANK YOU, YOUR HONOR.
9            THE COURT:  THAT MIGHT BE MY INCLINATION, BUT WE'LL
10   SEE IF YOU CAN REACH AN AGREEMENT FIRST.
11           MR. MCMANIS:  THANK YOU.
12        (RECESS FROM 8:48 A.M. UNTIL 8:52 A.M.)
13           MS. NGUYEN:  YOUR HONOR, WE'RE READY.  WE'RE
14   ACTUALLY WILLING TO GO FORWARD WITHOUT MS. GARCIA.
15      I HAVE A WITNESS HERE.  SHE'S COME DOWN FROM BERKELEY.  WE
16   HAVE TO SCHEDULE HER AROUND HER EXAMS AND WORK, AND SHE SAID
17   SHE HAS EXAMS ALL NEXT WEEK.  SO I NEED TO GET HER IN TODAY AND
18   GET HER OUT OF HERE.
19           MR. MCMANIS:  WELL, I'M SORRY TO HEAR THAT.  AND IF
20   THIS IS LISA WONG, THE DAUGHTER, I'M NOT SURE WHAT I KNOW ABOUT
21   HER CIRCUMSTANCES THAT THAT -- THAT IT MERITS SPECIAL
22   CONSIDERATION.
23      WE WOULD OBJECT TO EXCUSING MS. GARCIA, ESPECIALLY UNDER
24   THE CIRCUMSTANCES.  I THINK THE TRIAL HAS MOVED ALONG AT A GOOD
25   PACE, AND I THINK WE CAN FINISH ON TIME.
```

```
1    AND SO I WOULD ASK ON BEHALF OF THE DEFENDANT THAT WE
2    RECESS TODAY AND RESUME TOMORROW MORNING.
3         THE COURT:  WHAT IS -- I'M NOT SURE OF HER LAST
4    NAME.  WHAT IS HER LAST NAME?
5         MS. NGUYEN:  LISA WONG.
6         THE COURT:  WHAT IS HER SCHEDULE?
7         MS. NGUYEN:  SO SHE HAS TO GO BACK FOR AN EXAM THIS
8    AFTERNOON, AND SHE WAS ABLE TO ASK HER BOSS OFF FOR TIME FROM
9    WORK TODAY.
10     AND IN THE MORNING TOMORROW SHE HAS TO PREPARE FOR EXAMS
11   AND WORK IN THE AFTERNOON, AND THEN ALL NEXT WEEK SHE HAS
12   EXAMS.
13        THE COURT:  AND EXAMS EVERY DAY NEXT WEEK?
14        MS. NGUYEN:  I DIDN'T GET THE EXACT DATES, BUT SHE
15   HAS EXAMS AND WORK.
16        THE COURT:  WHY DON'T YOU CHECK WITH HER ABOUT
17   MONDAY AFTERNOON.
18        MS. NGUYEN:  I'LL CHECK.
19      (PAUSE IN PROCEEDINGS.)
20        MS. NGUYEN:  SO, YOUR HONOR, WITH RESPECT TO
21   MS. WONG, WE TRIED TO WORK AROUND ALL OF HER DIFFERENT CLASSES
22   AND WORK.  SHE CAN COME IN AT 11:30 ON TUESDAY.  THAT'S -- WE
23   HAVE TO FIT HER IN THERE IF WE ARE GOING TO.
24        MR. MCMANIS:  WE HAVE NO OBJECTION TO THAT.
25        MS. NGUYEN:  BECAUSE SHE HAS CLASS IN THE MORNING,
```

```
1    AND SHE HAS TO TRY TO GET A RIDE DOWN HERE AND THEN SHE HAS TO
2    GO BACK TO WORK.
3         AND THE INTERPRETER SAID IF SHE HAS TO COME BACK TOMORROW,
4    SHE'S BEING DISPLACED WITH FOUR JOBS THAT SHE'LL HAVE TO FIND
5    COVERAGE FOR.
6         MR. MCMANIS:  WELL, I'M SURE MR. NGUYEN WHO
7    INTERPRETED YESTERDAY WILL BE AVAILABLE.
8         MS. NGUYEN:  WE'D LIKE TO MAKE SURE WE GET
9    MS. LEBRUN.
10        MR. MCMANIS:  WELL, I WOULD, TOO.
11        THE COURT:  ALL RIGHT.  WHAT WE'LL DO IS I'LL LET
12   YOU CALL HER OUT OF ORDER ON TUESDAY, AND WE WILL GO FORWARD
13   TOMORROW IF THE JUROR DOESN'T SHOW.
14        MR. MCMANIS:  THAT'S FINE.
15        THE COURT:  AND I'M SORRY THIS HAPPENED, BUT IT
16   HAPPENS AND THAT'S WHY WE HAVE EXTRA JURORS IN CASE WE NEED
17   THEM, BUT I JUST HATE TO DO IT WITH JUST ONE JUROR CALLING IN.
18        IF WE CAN KEEP THE FULL JURY BY DELAYING A DAY AND NOT
19   CREATING TOO MANY PROBLEMS.
20        MR. MCMANIS:  THANK YOU, YOUR HONOR.
21        MS. NGUYEN:  BUT YOU SAID IF COULD GO WITH JUST SIX
22   JURORS.  WOULDN'T WE BE ABLE TO GO WITH SEVEN JURORS?
23        THE COURT:  WE CAN.  I WOULD GENERALLY LIKE TO KEEP
24   OUR JURORS INTACT IF WE CAN BECAUSE THAT'S WHAT WE AGREED ON
25   EIGHT PEOPLE, AND ALSO YOU NEVER KNOW WHAT ELSE IS GOING TO
```

| | |
|---|---|
| 1 | HAPPEN.  SO THAT'S WHY -- BUT I WON'T DELAY IT MORE UNTIL |
| 2 | TOMORROW MORNING. |
| 3 |     MR. MCMANIS:  THANK YOU, YOUR HONOR. |
| 4 |     MS. NGUYEN:  THANK YOU, YOUR HONOR. |
| 5 |     ARE YOU GOING TO JUST GIVE THE MESSAGE TO THE JURY |
| 6 | BACK THERE OR ARE THEY COMING OUT HERE FOR THAT? |
| 7 |     THE COURT:  I WAS JUST GOING TO HAVE MS. GARCIA TELL |
| 8 | THEM. |
| 9 |     MR. MCMANIS:  NO, NO.  THAT'S FINE.  I JUST WANT TO |
| 10 | KNOW IF WE'RE FREE TO GO? |
| 11 |     MS. NGUYEN:  THAT'S FINE, YOUR HONOR.  I JUST WANTED |
| 12 | TO NOTE THAT WE HAD ONE DEFERRED RULING FROM YOU.  WE HAD |
| 13 | BROUGHT UP THE MOTION IN LIMINE ORDER WITH RESPECT TO DR. BERG |
| 14 | TO BE EQUALLY APPLICABLE TO DR. LIPIAN, AND I KNOW THAT |
| 15 | DR. LIPIAN WILL NOT BE TAKING THE STAND UNTIL AT LEAST NEXT |
| 16 | WEEK. |
| 17 |     THE COURT:  WELL, I, FRANKLY, FORGOT ABOUT THAT. |
| 18 | I'LL TAKE A LOOK.  MY GUT REACTION IS WHAT I SAID YESTERDAY, IT |
| 19 | SEEMS LIKE IT'S BOTH WAYS, BUT -- |
| 20 |     MS. NGUYEN:  THANK YOU, YOUR HONOR. |
| 21 |     MR. MCMANIS:  THANK YOU, YOUR HONOR. |
| 22 |   (COURT CONCLUDED AT 9:01 A.M.) |

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

DATED: MAY 8, 2013