|   |   |
|---|---|
| 1 | ANN A. NGUYEN (SBN 178712)<br>ROBINSON & WOOD, INC. |
| 2 | 227 N. First Street<br>San Jose, California 95113 |
| 3 | Telephone:    408-298-7120<br>Facsimile:     408-298-0477 |
| 4 | Email:           aan@robinsonwood.com |
| 5 | Attorneys for Plaintiff DANG |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| CUC DANG, | Case No. 10-CV-02181 (RMW) (PSG) |
|---|---|
| Plaintiff, | **STIPULATION AND []** |
| vs. | **ORDER RE PENDING TRIAL MATTERS** |
| SUTTER'S PLACE, INC. dba BAY 101 or BAY 101 CASINO, et. al., | |
| Defendants. | |

To give the parties and their counsel more time to explore a settlement of the entire case, Plaintiff, Cuc Dang ("Dang"), and defendant, Sutter's Place, Inc. dba Bay 101 ("Bay 101") (collectively "the parties"), by and through their respective attorneys of record, hereby submit this stipulation and request that the Court issue the following order:

That the hearing on Dang's Unfair Competition Law ("UCL") claim and on Bay 101's Motion for Judgment on the wage/hour claims be set no earlier than the end of August, 2013, and that entry of judgment be delayed until resolution of Dang's UCL claim.

IT IS SO STIPULATED.

///

///

---

1

STIPULATION AND [] ORDER TO POST-TRIAL MATTERS;
CASE NO. 10-CV-02181 (RMW) (PSG)

1  [In accordance with Northern District Local Rule 5-1(i)(3), Ann Nguyen, counsel for Plaintiff,
2  attests that Defendant's counsel, Jennifer Murakami, has concurred in this filing.]

3
4  Dated: June ____, 2013                                    ROBINSON & WOOD, INC.

5
6                                                            /s/
                                                            ANN A. NGUYEN
                                                            Attorneys for Plaintiff,
7                                                           CUC DANG

8
9  Dated: June ____, 2013                                    McMANIS FAULKNER

10
11                                                           /s/
                                                            JENNIFER MURAKAMI
                                                            Attorneys for Defendant
12                                                          SUTTER'S PLACE, INC. dba BAY 101

13
14
15
                                    **ORDER**
16
    Good cause appearing therefore, and pursuant to the parties' stipulation set forth above,
17
the hearing on Dang's Unfair Competition Claim and on Bay 101's Motion for Judgment on the
18
wage/hour claims shall be set for _____, 2013.
19
20
    Dated: _____        /s/ Ronald M. Whyte
21                                         JUDGE OF THE UNITED STATES
                                           DISTRICT COURT, NO. DIST. OF CA
22