1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| CUC DANG, | Case No. C-10-02181 RMW |
|        Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| SUTTER'S PLACE, INC., dba BAY 101 | |
|        Defendant. | |

12
13
14
15
16
17
18
19

On May 22, 2013 the jury rendered its verdict awarding plaintiff Cuc Dang ("Dang") a total

20

of $6,965 on her claim for missed meal and rest periods.  The jury found in favor of defendant

21

Sutter's Place dba Bay 101 ("Bay 101") on all other claims submitted to it.  On October 28, 2013

22

the court found in favor of Dang on her equitable claim for violation of California Business &

23

Professions Code § 17000 *et seq.* ("UCL").  The court found that Dang was entitled to restitution of

24

$6,965 for payments for withheld meal and rest breaks.  Therefore,

25

**IT IS HEREBY ORDERED** that Dang is entitled to judgment against Bay 101 on her first

26

cause of action for damages of $6,965 for the failure to provide meal and rest breaks.  She is also

27

entitled to judgment on her eighth cause of action for restitution of $6,965 for Bay 101's violation of

28

United States District Court
For the Northern District of California

1    the UCL.  Dang, however, is entitled to recover only a total of $6,965 because the damages and

2    restitution cover the same loss.

3         **IT IS HEREBY ORDERED** that Dang is not entitled to any recovery on her second, third,

4    fourth, sixth, seventh, ninth or tenth claims.

5

6

7    Dated: October 28, 2013                           

8                                                       RONALD M. WHYTE
                                                        United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California